Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
Mackenzie Soderberg (NV Bar No. 16564)
msoderberg@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

*Attorneys for Denny's Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA CARRARA, an individual<br><br>Plaintiff,<br><br>v.<br><br>MDC RESTAURANTS, LLC, a domestic limited liability company; G2G MANAGEMENT GROUP, LLC, a foreign limited liability company; DENNY'S INC., a foregin corporation, et al.<br><br>Defendants. | Case No. 3:25-cv-00599-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 14] |

On October 22, 2025, Plaintiff Sierra Carrara ("Plaintiff") initiated this action by filing her complaint herein. (*See* ECF No. 1.) Plaintiff served Denny's Inc. with the summons and complaint on November 3, 2025. As such, Denny's Inc.'s response to the complaint is due today, November 24, 2025.

Denny's Inc. contends that it is not a proper party to this case. King Scow Koch Durham was just retained as counsel for Denny's Inc., and the parties need time to discuss the basis for Denny's Inc.'s claim and whether a dismissal of Plaintiff's complaint against Denny's Inc. is appropriate.

Accordingly, Plaintiff and Denny's Inc., by and through their respective counsel, hereby stipulate and agree that **Denny's Inc. shall have an extension until Monday, December 8, 2025, to file its response to Plaintiff's complaint**. This is the first request for such an extension.

DATED: November 24, 2025        MAIER GUTIERREZ & ASSOCIATES

By       */s/ Danielle J. Barraza*
Jason R. Maier
NV Bar No. 8557
Danielle J. Barraza
NV Bar No. 13822
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorneys for Plaintiff*

DATED: November 24, 2025        KING SCOW KOCH DURHAM LLC

By       */s/ Matthew L. Durham*
Matthew L. Durham
NV Bar No. 10342
Mackenzie Soderberg
NV Bar No. 16564
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
*Attorneys for Defendant Denny's Inc.*

**IT IS SO ORDERED.**

**DATED:** November 25, 2025

_____
UNITED STATES MAGISTRATE JUDGE

-2-