Matthew L. Durham (NV Bar No. 10342)
mdurham@kskdlaw.com
Mackenzie Soderberg (NV Bar No. 16564)
msoderberg@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

*Attorneys for MDC Restaurants, LLC and G2G Management Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SIERRA CARRARA, an individual<br><br>Plaintiff,<br><br>v.<br><br>MDC RESTAURANTS, LLC, a domestic limited liability company; G2G MANAGEMENT GROUP, LLC, a foreign limited liability company; DENNY'S INC., a foregin corporation, et al.<br><br>Defendants. | Case No. 3:25-cv-00599-MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MDC RESTAURANTS LLC AND G2G MANAGEMENT LLC** |

///

///

///

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sierra Carrara ("Plaintiff") and Defendants MDC Restaurants, LLC and G2G Management Group, LLC ("Defendants"), by and through their respective attorneys of record, to dismiss, ***with prejudice***, Plaintiff's complaint against Defendants in this action, and each and every cause of action or claim for injury and/or damage therein, with each party to bear its own attorneys' fees and costs.

DATED: November 13, 2026

KING SCOW KOCH DURHAM LLC

By *_/s/ Matthew L. Durham_*

Matthew L. Durham, NV Bar No. 10342
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Tel. (702) 833-1100
*Attorneys for MDC Restaurants, LLC and G2G Management Group, LLC*

DATED: November 13, 2026

MAIER GUTIERREZ & ASSOCIATES

By *_/s/ Danielle J. Barraza_*

Jason R. Maier, NV Bar No. 8557
Danielle J. Barraza, NV Bar No. 13822
8816 Spanish Ridge Ave.
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: November 16, 2026

UNITED STATED DISTRICT JUDGE